IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$12,002.00 IN UNITED STATES FUNDS,<br>    Defendant Property,<br><br>QUINN ANNSON BENNETT AND JAWANNA SANFORD,<br>    Claimants. | Civil Action No.<br>5:07-CV-329-HL |

# ORDER

Before the Court is Plaintiff's Motion to Strike Responsive Pleadings and for Final Order of Forfeiture (Doc. 20).  A status conference hearing is presently scheduled for Tuesday, March 31, 2006 to discuss said motion.  Prior to scheduling the status conference hearing the Court repeatedly attempted to contact Claimants Counsel as early as Friday, March 19 to arrange a convenient time for the status conference hearing.  The Court received no response.  Now, Claimants have subsequently filed a Motion for Continuance (Doc. 27) concerning the scheduled status conference.

Upon consideration of the Plaintiff's Motion to Compel, the Federal Rules and the record of this case, the Court finds that good cause exists to grant Plaintiff's motion.  Accordingly, Plaintiff's Motion to Strike Responsive Pleadings

and Motion for Final Order of Forfeiture (Doc. 20) is granted. Claimant's Motion for Continuance (Doc. 27) is denied as moot.

**SO ORDERED**, this the 27th day of March, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

wjc